No. 251. PANHANDLE EASTERN PIPE LINE CO. *v.* FEDERAL POWER COMMISSION ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John S. L. Yost, D. H. Culton, John W. Scott* and *Harry S. Littman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter* and *Louis W. McKernan* for the Federal Power Commission; and *Donald R. Richberg, Carl I. Wheat, Charles V. Shannon, Stanley M. Morley, Eugene F. Black,* Attorney General of Michigan, and

*Raymond J. Kelly* for the Michigan-Wisconsin Pipe Line Co. et al., respondents.